IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT W. AVERY                                                    PLAINTIFF
ADC #652373

v.                              No. 4:20-cv-1403-DPM

DEPARTMENT OF THE TREASURY;
INTERNAL REVENUE SERVICE;
BUREAU OF FISCAL SERVICE;
and JOHN and JANE DOES                                            DEFENDANTS

## JUDGMENT

Avery's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2020